**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jennifer Czyzewski**
Debtor(s)

Bankruptcy Case No.: 20−21123−GLT

Chapter: 7

# **FINAL DECREE**

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Natalie Lutz Cardiello is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: August 5, 2020

Gregory L. Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 20-21123-GLT
Jennifer Czyzewski                                                            Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: admin              Page 1 of 1              Date Rcvd: Aug 05, 2020
                             Form ID: 129             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2020.
db            +Jennifer Czyzewski,    722 Heartwood Drive,    Monroeville, PA 15146-1108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2020 at the address(es) listed below:
      David J. Romito    on behalf of Debtor Jennifer  Czyzewski romitoesq@verizon.net, romitoesq@comcast.net
      James  Warmbrodt    on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
      Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
      Natalie Lutz Cardiello    ncardiello@cardiello-law.com, ncardiello@ecf.axosfs.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                                    TOTAL: 5